IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ROBERT MEADES, | § | |
| | § | No. 56, 2024 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID No. 1101020478  (S) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |
| | § | |

Submitted: April 17, 2024
Decided: May 16, 2024

Before **VALIHURA**, **TRAYNOR**, and **LEGROW**, Justices.

## <u>ORDER</u>

After consideration of the appellant's opening brief, the appellee's motion to affirm and the record on appeal, we conclude that the judgment below should be affirmed on the basis of and for the reasons assigned by the Superior Court in its February 1, 2024 order summarily dismissing the appellant's fourth motion for postconviction relief and denying the appellant's motion for appointment of counsel. The appellant's fourth motion for postconviction relief was subject to summary dismissal under Superior Court Criminal Rule 61(d)(2) because he was not convicted after trial, but instead pleaded guilty in 2012.[1]

---

[1] Super. Ct. Crim. R. 61(d)(ii) (providing that a second or subsequent Rule 61 motion "shall be summarily dismissed, unless the movant was convicted after a trial and the motion" satisfies

NOW, THEREFORE, IT IS ORDERED that the Motion to Affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice

---

additional criteria). *See also Wonnum v. State*, 2023 WL 329272, at *2 (Del. Jan. 19, 2023) (affirming the Superior Court's dismissal of the defendant's third motion for postconviction relief because he was not convicted after trial, but instead pleaded guilty).